FILED

09/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0370

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0370

IN THE MATTER OF

A.J.S.,

A Youth in Need of Care.

## GRANT OF EXTENSION OF TIME

Upon consideration of the Appellant Mother's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension of time until November 12, 2020, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 21 2020

Grant of Extension of Time

Page 1